## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### NEWNAN DIVISION

| | |
|---|---|
| In Re: | CHAPTER 13 |
| LARRY ANTHONY SCOTT<br>*aka Larry A. Scott,* | CASE NO. 18-11172-WHD |
| Debtor. | |
| BROKER SOLUTIONS, INC. DBA NEW AMERICAN FUNDING | CONTESTED MATTER |
| Creditor, | |
| V. | |
| LARRY ANTHONY SCOTT, Debtor, and MELISSA J. DAVEY, Chapter 13 Trustee, | |
| Respondents. | |

### OBJECTION TO CONFIRMATION

COMES NOW, Broker Solutions, Inc. dba New American Funding, its successors or assigns, (hereinafter referred to as "Creditor"), who holds a secured lien on the Debtor's real property known as 105 Largo Circle, Fayetteville, GA 30214 (hereinafter the "Property"), and files this Objection to Confirmation of Plan.

Creditor holds a secured claim with a principal balance of approximately $267,940.89, including pre-petition arrears of approximately $19,218.16. Debtor's Chapter 13 Plan (hereinafter "Plan") underestimates the total pre-petition arrears owed to Creditor as $16,000.00. Accordingly, the Chapter 13 Plan fails to comply with the provisions of 11 U.S.C. § 1325(a).

WHEREFORE, Creditor prays that this Court inquire into the matters raised herein and deny confirmation of the Plan or enter such an order that the Court deems just and proper.

Date: July 26, 2018                    **Shapiro Pendergast & Hasty, LLP**

                                       */s/ Lucretia L. Scruggs*
                                       Lucretia L. Scruggs
                                       Georgia Bar No. 371008
                                       211 Perimeter Center Parkway, NE
                                       Suite 300
                                       Atlanta, GA 30346
                                       Phone: 770-220-2535
                                       Fax: 770-220-2665
                                       lscruggs@logs.com

## CERTIFICATE OF SERVICE

I certify that I am over the age of 18 and that on July 26, 2018, a copy of the foregoing

Objection to Confirmation was served by electronic mail or first class U.S. Mail, with adequate

postage prepaid, on the following persons or entities at the addresses stated below:

Larry Anthony Scott
105 Largo Circle
Fayetteville, GA 30214

Stacey L. Butler
The Bankruptcy Law Group, LLC
Suite A
155 Eagles Walk
Stockbridge, GA 30281

Melissa J. Davey
Standing Chapter 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303


Date: July 26, 2018                              **Shapiro Pendergast & Hasty, LLP**

                                                 */s/ Lucretia L. Scruggs*
                                                 Lucretia L. Scruggs
                                                 Georgia Bar No. 371008
                                                 211 Perimeter Center Parkway, NE
                                                 Suite 300
                                                 Atlanta, GA 30346
                                                 Phone: 770-220-2535
                                                 Fax: 770-220-2665
                                                 lscruggs@logs.com